No. 02–6139. CASTRO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–6143. JONES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–1477. PENNSYLVANIA PUBLIC UTILITY COMMISSION ET AL. *v.* MCI TELECOMMUNICATIONS ET AL.; and PENNSYLVANIA PUBLIC UTILITY COMMISSION ET AL. *v.* MCI WORLDCOM NETWORK SERVICES, INC., ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition. Reported below: 271 F. 3d 491 (first judgment); 273 F. 3d 337 (second judgment).

No. 01–1492. MYLAN PHARMACEUTICALS, INC. *v.* THOMPSON, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. Fed. Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 01–10744. STAFFORD *v.* E. I. DU PONT DE NEMOURS & CO. ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 02–5654. CLARK *v.* E. I. DU PONT DE NEMOURS & CO. ET AL. Sup. Ct. Del. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 01–1479. GENERAL MOTORS CORP. *v.* GOODWIN. C. A. 10th Cir. Motion of Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 01–1521. ISLAMIC REPUBLIC OF IRAN *v.* MCKESSON HBOC, INC., ET AL.; and

No. 01–1708. MCKESSON HBOC, INC., ET AL. *v.* ISLAMIC REPUBLIC OF IRAN. C. A. D. C. Cir. Motion of Islamic Republic of Iran for leave to file confidential documents under seal granted. Certiorari denied. Reported below: 271 F. 3d 1101.

No. 01–1601. WOODFORD, WARDEN *v.* MORRIS. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.